IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ANOUSITH MIKE INTHAVONG                                                                    PLAINTIFF

v.                                          CASE NO. 2:22-cv-2179

SHERIFF JIMMY DEMONTE,
Crawford County, Arkansas;
CAPTAIN V. WINTERS; and
LIEUTENANT FIELDS                                                                          DEFENDANTS

## ORDER

The Court has received a report and recommendation (Doc. 25) U.S. Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court dismiss this action without prejudice for failure to prosecute. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this October 27, 2023.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE